```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ERNEST FLEMING                *           CIVIL ACTION

VERSUS                        *           NO: 05-2876

UNITED STATES PARCEL SERVICE  *           SECTION: "D"(3)
INC., ET AL
```

### ORDER AND REASONS

Before the court is the **"Motion to Dismiss Second Amended Complaint"** filed by Defendant, United Parcel Service, Inc. (UPS). *No memorandum in opposition was filed*. The motion, set for hearing on Wednesday, January 17, 2007, is before the court on Defendant's brief, without oral argument. Now, having considered the memorandum of Defendant's counsel, the record, and the applicable law, the court finds that the motion should be granted.

In a previous ruling, this court granted Defendant's "Motion for Summary Judgment," dismissing Plaintiff's claims to the extent that Plaintiff made (1) a claim for at-will wrongful termination and (2) an ERISA-claim or disability discrimination claim related to short term disability benefits. However, the court also allowed Plaintiff to **AMEND** his Petition, to properly allege, with

specificity, discrimination and/or disability claims, if counsel for Plaintiff could do so within the parameters of **Rule 11**. (*See* Order and Reasons entered on 12/01/06, Doc. No. 27, pp. 6-7). The court specifically instructed in part that:

> **Plaintiff must plead the jurisdictional basis of any claim, and he must state that he has exhausted his administrative remedies if required (i.e., if Plaintiff makes a claim under Title VII or ERISA).**

(*Id.,* p. 7).

Plaintiff thereafter timely filed his "Second Amended and Supplemental Complaint," in which Plaintiff added a claim for Title VII race discrimination and a claim under the American with Disabilities Act for disability discrimination. Defendant now seeks dismissal of Plaintiff's "Second Amended and Supplemental Complaint," because Plaintiff "failed to plead the statutorily required and long recognized administrative exhaustion" requirements for both the Title VII race discrimination claim and the claim under the American with Disabilities Act (ADA) for disability discrimination.

The court agrees with Defendant. Both Title VII and the ADA require administrative exhaustion with the Equal Employment Opportunity Commission (EEOC), and Plaintiff has failed to plead this administrative exhaustion requirement for either claim. *See*

Title VII, 42 U.S.C. §2000e-5, and ADA, 42 U.S.C. §12117.[1]

The court also finds that while Plaintiff was given the opportunity to amend his Complaint, Plaintiff has failed to allege any other claim (including any "Family Leave Act" (*sic*) claim)[2] with sufficient specificity.  Accordingly;

**IT IS ORDERED** the **"Motion to Dismiss Second Amended Complaint"** filed by Defendant, United Parcel Service, Inc., be and is hereby **GRANTED.**

---

[1] Plaintiff alleges that he "asserts a claim for violation of The Americans With Disability Act, 42 U.S.C. Section 12101 et. seq. for discharging him while disabled and after he had exhausted all administrative remedies in his pursuit to receive Long Term Disability Benefits." (*See* Second Amended and Supplemental Complaint, ¶2).  However, this is not the proper exhaustion of administrative remedies for an ADA claim.  And the proper exhaustion of filing a charge with the EEOC has not been pled.

The court also notes that in his discovery responses to Defendant's Request for Production of Documents, Plaintiff answered as follows to Request for Production No. 4:

> Req.  Please produce any and all documents in your possession which were sent to you or received from any administrative or other government agency relating to the allegations asserted in the Complaint.
>
> A.    Plaintiff does not have any documents in his possession that were sent to or received from any administrative or other government agency relating to the allegations asserted in the Complaint.

(*See* attachment to Defendant's Supporting Memorandum to Motion to Dismiss Second Amended Complaint).

[2] *See* Plaintiff's Second Amended and Supplemental Complaint at ¶ 18).

New Orleans, Louisiana, this **17th** day of **January, 2007**.

```
                    _____
                          A.J. McNAMARA
                    UNITED STATES DISTRICT JUDGE
```